UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGG PELLETIER,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTOPHER PELLETIER, JAMES MASSETT SR., JEFFARY TOYE, MICHAEL NEWMAN, ROBERT MURPHY,<br><br>          Defendants. | Case No. 2:23-cv-01915-GMN-EJY<br><br>**ORDER** |

On November 20, 2023, Plaintiff, an inmate in the custody of High Desert State Prison, submitted a Civil Rights Complaint under 42 U.S.C. § 1983 (ECF No. 1-1).  Plaintiff neither paid the $402 filing fee for a civil action nor filed an application to proceed *in forma pauperis*.  If Plaintiff wants to proceed without paying the filing fee he may do so by under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.  To apply for *in forma pauperis* status Plaintiff must submit **three** required documents to the Court.  These include: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that on or before **January 22, 2024**, Plaintiff must either pay the $402 filing fee for a civil action or file: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to either pay the $402 filing fee or file a complete application to proceed *in forma pauperis* on or before **January 22, 2024**, will result in a recommendation to dismiss this action **without prejudice**.  A dismissal without prejudice allows

Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1), but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form application to proceed *in forma pauperis* for inmate along with the information and instructions for filing the same.

DATED this 20th day of November, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE